**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



------------------------------------------------------------------------X

Robert Sbarra, Richard Ruiz, Kenneth Honig, Individually and
as Officers of the Port Authority Police Command Staff
Association and the Port Authority Command Staff Association,
George Albin, Jr , Robert Belfiore, Richard Brazicki, Donald
Burns, Frances DeSio, Susan Durett, Kevin Feeley, Lawrence
Fields, Anthony Fitzgerald, Michael Guarnieri, David Hanna,
Norma Hardy, Lisha Harper, Louis Koumoutsos, Raymond J.
Losak, Ramon Martinez, William McCauley, Joseph Scarano,
Benjamin Smith Jr., Brian Sullivan, Nicholas Tagarelli, Charles
Torres, Keith Walcott, Anthony Whitaker, and Oliver White,
**Plaintiffs,**

-against-

The Port Authority of New York and New Jersey, Anthony R.
Coscia, Chairman, Board of Commissioners of the Port Authority
of New York and New Jersey, and the Board of Commissioners;
The Port Authority of New York and New Jersey Police
Department; Michael A. Fedorko, Director of Public Safety/
Superintendent of Police of the Port Authority Police Department,
Mary Lee Hannell, Director, Human Resources of Port Authority
of New York and New Jersey,
**Defendants**.

------------------------------------------------------------------------X

**Docket No.** ____ Civ ____

**Judge McMahon**



**COMPLAINT**

**Jury Trial**
**Demanded**

Plaintiffs, individually, and as members of the Port Authority Command Staff Association, et al ("Plaintiffs") by and through their attorneys, Law Office of Brianne E. Murphy, complaining of Defendants The Port Authority of New York and New Jersey (collectively referred to as "Defendants") as follows:

### NATURE OF THE ACTION

1.    This action stems from the following unlawful, illegal, and unconstitutional actions of the

      Defendants:

a) Defendants' violation of Plaintiffs' procedural due process rights under the 14th Amendment of the United States Constitution based upon the following unlawful practices of Defendants:

   i) Defendants' unilateral decision to reduce Plaintiffs' salary and benefits, without providing Plaintiffs with notice or the opportunity to be heard, in contravention with Defendants' own policies, thereby depriving Plaintiffs of their property interest without due process of law.

   ii) By reducing Plaintiffs' previously agreed upon salary and benefits, Defendants unconstitutionally, capriciously and arbitrarily denied Plaintiffs their property interest.

b) Defendants' violation of Plaintiffs' procedural due process rights under 42 USC §1983 based upon the following unlawful practices of Defendants:

   i) Defendants' unilateral decision to reduce Plaintiffs' previously agreed upon salary and benefits, without providing Plaintiffs with notice or the opportunity to be heard, in contravention with Defendants' own policies, thereby depriving Plaintiffs of their property interest without due process of law.

c) Defendants' violation of Plaintiffs' substantive due process rights under 42 USC §1983 based upon the following unlawful practices of Defendants:

   i) By reducing Plaintiffs' previously agreed upon salary and benefits, Defendants unconstitutionally, capriciously and arbitrarily denied Plaintiffs their property interest.

d) Defendants' violation of N.Y. Constitution, Article V, § 7 based upon the following unlawful practices of Defendants:

    i) By unilaterally reducing Plaintiffs' salaries, Defendants have diminished and impaired Plaintiffs' pension benefits in violation of N.Y. Constitution, Article V, § 7.

e) Defendants' breach of Plaintiffs' Contract as to Benefits:

    i) Defendants promised Plaintiffs salary and benefits in exchange for Plaintiffs' accepting additional responsibility;

    ii) In reliance on Defendants' written and oral representations regarding salary and benefits, Plaintiffs accepted the positions of Captain, Inspector, Assistant Chief, and Deputy Chief, all presently and historically non-union positions within the Port Authority Police Department ("PAPD");

    iii) Thereafter, based on Plaintiffs' lack of collective bargaining agreements, Defendants unlawfully and unilaterally reduced Plaintiffs' salaries and benefits, in contravention of Defendants' prior representations to Plaintiffs;

    iv) As a result of Defendants' failure to keep their promises, Plaintiffs have been unjustly deprived of their property interest in their salary and benefits; moreover, Defendants have been unjustly enriched by depriving Plaintiffs of their previously agreed upon salaries and benefits.

f) Defendants' breach of Plaintiffs' Implied Contract and Promissory Estoppel as to Plaintiffs Promoted Post 9/11:

    i) Defendants promised Plaintiffs salary and benefits in exchange for Plaintiffs' accepting additional responsibility;

    ii) In reliance on Defendants' written and oral representations regarding salary and benefits, Plaintiffs accepted the positions of Captain, Inspector, Assistant Chief, and

Deputy Chief, all presently and historically non-union positions within the Port Authority Police Department ("PAPD");

iii) Thereafter, based on Plaintiffs' lack of collective bargaining agreements, Defendants unlawfully and unilaterally reduced Plaintiffs' salaries and benefits, in contravention of Defendants' prior representations to Plaintiffs;

iv) As a result of Defendants' failure to keep their promises, Plaintiffs have been unjustly deprived of their property interest in their salary and benefits; moreover, Defendants have been unjustly enriched by depriving Plaintiffs of their previously agreed upon salaries and benefits.

2.    Pursuant to §7-107 (c) of the Unconsolidated Law of the State of New York, prior to filing this Complaint with the Court, Plaintiffs served a notice of claim on The Port Authority of New York and New Jersey and more than sixty (60) days have passed since this filing.

## JURISDICTION

3.    Jurisdiction is conferred upon this Court by 42 U.S.C. § 1983 et seq., The United States Constitution, by 28 U.S.C. §1331, this action arising under laws of the United States, and by 28 U.S.C. §1337, this action arising under Acts of Congress regulating commerce. Jurisdiction over the Plaintiffs' claims for declaratory relief is conferred by 28 U.S.C. §§2201 and 2202.

## VENUE

4.    Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(1) because the Port Authority of New York and New Jersey maintains its offices in the County of New York.

## PARTIES

5.     All Plaintiffs are members of New York State Police and Fire Pension System.

6.     Plaintiff Robert Sbarra (hereinafter "Sbarra" or "Assistant Chief Sbarra") is an individual who at all times relevant hereto resided and continues to reside in Monmouth County, NJ. Plaintiff Sbarra has served as a Police Officer with the Port Authority Police Department for 40 years and attained the rank of Captain in 1998. Thereafter, Assistant Chief Sbarra attained the rank of Inspector in 2001 and Assistant Chief in 2004.

7.     Plaintiff Richard Ruiz (hereinafter "Ruiz" or "Captain Ruiz") is an individual who at all times relevant hereto resided and continues to reside in Nassau County, NY. Plaintiff Ruiz has served as a Police Officer with the Port Authority Police Department for 25 years and attained the rank of Captain in 2008.

8.     Plaintiff Kenneth Honig (hereinafter "Honig" or "Inspector Honig") is an individual who at all times relevant hereto resided and continues to reside in Nassau County, New York 11710. Plaintiff Honig has served as a Police Officer with the Port Authority Police Department for 27 years and attained the rank of Captain in 2001.  Thereafter, Inspector Honig attained the rank of Inspector in 2002.

9.     Plaintiff, George Albin, Jr. (herein after "Albin" or "Assistant Chief Albin") is an individual who at all times relevant hereto resided and continues to reside in Rockland County, New York 10984. Plaintiff Albin has served as a Police Officer with the Port Authority Police Department for 33 years and attained the rank of Captain in 1995. Thereafter, Assistant Chief Albin attained the rank of Inspector in 2001 and Assistant Chief in 2004.

10.    Plaintiff, Robert Belfiore (hereinafter "Belfiore" or "Deputy Chief Belfiore") is an individual who at all times relevant hereto resided and continues to reside in Hudson County, New Jersey. Plaintiff Belfiore has served as a Police Officer with the Port Authority Police Department for 30 years and attained the rank of Captain in 1997. Thereafter Deputy Chief Belfiore attained the rank of Inspector in 1998 and Deputy Chief in 2002.

11.    Plaintiff Richard Brazicki, (hereinafter "Brazicki" or "Captain Brazicki") is an individual who at all times relevant hereto resided and continues to reside in Morris County, NJ. Plaintiff Brazicki has served as a Police Officer with the Port Authority Police Department for 30 years and attained the rank of Captain in 2006.

12.    Plaintiff Donald Burns (hereinafter "Burns" or "Captain Burns") is an individual who at all times relevant hereto resided and continues to reside in Burlington County, New Jersey. Plaintiff Burns has served as a Police Officer with the Port Authority Police Department for 24 years and attained the rank of Captain in 2008.

13.    Plaintiff Frances DeSio (hereinafter "DeSio" or "Captain DeSio") is an individual who at all times relevant hereto resided and continues to reside in Richmond County, New York. Plaintiff DeSio has served as a Police Officer with the Port Authority Police Department for 26 years and attained the rank of Captain in 2007.

14.    Plaintiff Susan Durett (hereinafter "Durett" or "Inspector Durett") is an individual who at all times relevant hereto resided and continues to reside at Union County, New Jersey. Plaintiff Durett served as a Police Officer with the Port Authority Police Department for 30 years, until her retirement in 2010. Inspector Durett attained the rank of Captain in 2004 and Inspector in 2008.

15.  Plaintiff Kevin Feeley (hereinafter "Feeley" or "Captain Feeley") is an individual who at all times relevant hereto resided and continues to reside in Somerset County, New Jersey. Plaintiff Feeley has served as a Police Officer with the Port Authority Police Department for 31 years and attained the rank of Captain in 2008.

16.  Plaintiff Lawrence Fields (hereinafter "Fields" or "Inspector Fields") is an individual who at all times relevant hereto resided and continues to reside in Queens County, New York. Plaintiff Fields has served as a Police Officer with the Port Authority Police Department for 37 years and attained the rank of Captain in 1994. Thereafter, Inspector Fields attained the rank of Inspector in 1998.

17.  Plaintiff Anthony Fitzgerald (hereinafter "Fitzgerald" or "Inspector Fitzgerald") is an individual who at all times relevant hereto resided and continues to reside inSuffolk County, New York. Plaintiff Fitzgerald has served as a Police Officer with the Port Authority Police Department for 23 years and attained the rank of Captain in 2002. Thereafter, Inspector Fitzgerald attained the rank of Inspector in 2004.

18.  Plaintiff Michael Guarnieri (hereinafter "Guarnieri" or "Inspector Guarnieri") is an individual who at all times relevant hereto resided and continues to reside in Nassau County, New York 11735. Plaintiff Guarnieri has served as a Police Officer with the Port Authority Police Department for 25 years and attained the rank of Captain in 2006. Thereafter, Inspector Guarnieri attained the rank of Inspector in 2007.

19.  Plaintiff David Hanna (hereinafter "Hanna" or "Inspector Hanna") is an individual who at all times relevant hereto resided and continues to reside in Sussex County, New Jersey. Plaintiff Hanna has served as a Police Officer with the Port Authority Police Department

for 25 years and attained the rank of Captain in 2001. Thereafter, Inspector Hanna attained the rank of Inspector in 2005.

20.     Plaintiff Norma Hardy (hereinafter "Hardy" or "Captain Hardy") is an individual who at all times relevant hereto resided and continues to reside in Monmouth County, NJ 07753. Plaintiff Hardy has served as a Police Officer with the Port Authority Police Department for 18 years and attained the rank of Captain in 2008.

21.     Plaintiff Lisha Harper (hereinafter "Harper" or "Captain Harper") is an individual who at all times relevant hereto resided and continues to reside in Queens County, NY. Plaintiff Harper has served as a Police Officer with the Port Authority Police Department for 17 years and attained the rank of Captain in 2006.

22.     Plaintiff Louis Koumoutsos (hereinafter "Koumoutsos" or "Captain Koumoutsos") is an individual who at all times relevant hereto resided and continues to reside at Monmouth County, New Jersey. Plaintiff Koumoutsos has served as a Police Officer with the Port Authority Police Department for 17 years and attained the rank of Captain in 2008.

23.     Plaintiff Raymond J. Losak (hereinafter "Losak" or "Captain Losak") is an individual who at all times relevant hereto resided and continues to reside in Bergen County, New Jersey. Plaintiff Losak has served as a Police Officer with the Port Authority Police Department for 30 years and attained the rank of Captain in 2004.

24.     Plaintiff Ramon Martinez (hereinafter "Martinez" or "Captain Martinez") is an individual who at all times relevant hereto resided and continues to reside in Berkeley Heights, Union County, New Jersey. Plaintiff Martinez has served as a Police Officer with the Port Authority Police Department for 26 years and attained the rank of Captain in 2005.

25.    Plaintiff William McCauley (hereinafter "McCauley" or "Captain McCauley") is an individual who at all times relevant hereto resided and continues to reside in Suffolk County, New York. Plaintiff McCauley has served as a Police Officer with the Port Authority Police Department for 30 years and attained the rank of Captain in 2007.

26.    Plaintiff Joseph Scarano (hereinafter "Scarano" or "Captain Scarano") is an individual who at all times relevant hereto resided and continues to reside in Nassau County, New York. Plaintiff Scarano has served as a Police Officer with the Port Authority Police Department for 24 years and attained the rank of Captain in 2008.

27.    Plaintiff Benjamin Smith Jr. (hereinafter "Smith" or "Assistant Chief Smith") is an individual who at all times relevant hereto resided and continues to reside in Queens County, New York. Plaintiff Smith has served as a Police Officer with the Port Authority Police Department for 25 years and attained the rank of Captain in 2001. Thereafter, Assistant Chief Smith attained the rank of Inspector in 2003 and Assistant Chief in 2005.

28.    Plaintiff Brian Sullivan (hereinafter "Sullivan" or "Inspector Sullivan") is an individual who at all times relevant hereto resided and continues to reside in Queens County, New York. Plaintiff Sullivan has served as a Police Officer with the Port Authority Police Department for 27 years and attained the rank of Captain in 2003. Thereafter, Inspector Sullivan attained the rank of Inspector in 2008.

29.    Plaintiff Nicholas Tagarelli (hereinafter "Tagarelli" or "Inspector Tagarelli") is an individual who at all times relevant hereto resided and continues to reside in Somerset County, New Jersey. Plaintiff Tagarelli has served as a Police Officer with the Port Authority Police Department for 30 years and attained the rank of Captain in 2002. Thereafter, he attained the rank of Inspector in 2008.

30.   Plaintiff Charles Torres (hereinafter "Torres" or "Assistant Chief Torres") is an individual who at all times relevant hereto resided and continues in Dutchess County, New York.  Plaintiff Torres has served as a Police Officer with the Port Authority Police Department for 30 years and attained the rank of Captain in 2000.  Thereafter, Assistant Chief Torres attained the rank of Inspector in 2004 and Assistant Chief in 2005.

31.   Plaintiff Keith Walcott (hereinafter "Walcott" or "Inspector Walcott" is an individual who at all times relevant hereto resided and continues to reside in Hudson County, New Jersey. Plaintiff Walcott has served as a Police Officer with the Port Authority Police Department for 31 years and attained the rank of Captain in 2002.  Thereafter, Inspector Walcott attained the rank of Inspector in 2004.

32.   Plaintiff Anthony Whitaker (hereinafter "Whitaker" or "Deputy Chief Whitaker") is an individual who at all times relevant hereto resided and continues to reside in Bergen County, New Jersey. Plaintiff Whitaker has served as a Police Officer with the Port Authority Police Department for 39 years and attained the rank of Captain in 1994. Thereafter, Deputy Chief Whitaker attained the rank of Assistant Chief in 2002, and Deputy Chief in 2004.

33.   Plaintiff Oliver White (hereinafter "White" or "Inspector White") is an individual who at all times relevant hereto resided and continues to reside in Northhampton County, Pennsylvania. Plaintiff White has served as a Police Officer with the Port Authority Police Department for 25 years and attained the rank of Captain in 2003.  Thereafter, Inspector White attained the rank of Inspector in 2009.